THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOUCHSTONE TECHNOLOGY, INC., JACK SCHWARTZ, and TAI T. WU,<br><br>                    Plaintiffs,<br><br>v.<br><br>FUJI PHOTO FILM CO., LTD.,<br>FUJI PHOTO FILM U.S.A., INC,<br>EASTMAN KODAK COMPANY, CANON, INC.,<br>and CANON U.S.A., INC.<br><br>                    Defendants. | <br>CIVIL ACTION NO. _____<br><br>(JURY TRIAL DEMANDED) |

## COMPLAINT

Plaintiffs, Touchstone Technology, Inc., ("Touchstone"), Jack Schwartz, and Tai T. Wu complain of defendants Fuji Photo Film Co., Ltd. ("Fuji"), Fuji Photo Film U.S.A., Inc. ("Fuji USA"), Eastman Kodak Company ("Kodak"), Canon, Inc. ("Canon"), and Canon U.S.A., Inc. ("Canon USA") as follows:

## JURISDICTION AND VENUE

1.   Jurisdiction exists under 28 U.S.C. §1338(a) because the defendants are charged with patent infringement under 35 U.S.C. § 271.

2.   The defendants each transact business in this judicial district by manufacturing, selling or offering to sell devices that are the subject of one or more of the patents at issue in this lawsuit or by practicing methods covered by one or more of those patents or by inducing others to infringe the patents or by conducting other business in this judicial district.

3. Venue is proper under 28 U.S. C. §§ 1391 and 1400 (b).

## PARTIES

4. Touchstone is a Massachusetts corporation with its principal place of business at 147 Ridge Street, Arlington, Massachusetts 02474.

5. Jack Schwartz and Tai T. Wu are individuals residing in Massachusetts, with an address at 147 Ridge Street, Arlington, Massachusetts 02474.

6. Fuji is a Japanese company with its principal place of business at 2-26-30 Nishiazabu, Minato-Ku, Tokyo 106-8620, Japan.

7. Fuji USA is a New York corporation with its corporate headquarters at 555 Taxter Road, Elmsford, New York 10523.

8. Kodak is a New Jersey corporation with its principal place of business at 343 State Street, Rochester, New York 14650.

9. Canon is a Japanese company with its principal place of business at 30-2 Shimomaruko 3-chome, Ohta-ku, Tokyo 146-8501, Japan.

10. Canon U.S.A. is a New York corporation with its principal place of business at 1 Canon Plaza, Lake Success, New York 11042.

## COUNT I
## PATENT INFRINGEMENT BY THE DEFENDANTS

11. Each of the defendants has infringed United States Patents Number 4,658,286, either directly or through acts of contributory infringement or inducement in violation of 35 U.S.C. § 271.

12. The infringement of each of the patents alleged above has injured Plaintiffs and Plaintiffs are entitled to recover damages adequate to compensate for Defendants' infringement, in no event less than a reasonable royalty.

13. Upon information and belief, each defendant's infringement has been willful and deliberate, and was carried out with actual and/or constructive notice and actual knowledge of each patent.

### Jury Demand

14. Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiffs hereby demand a jury on all issues triable of right by a jury.

WHEREFORE, Plaintiffs respectfully demand judgment against each defendant, individually and jointly, and against their subsidiaries, affiliates and related companies, as follows:

A. An award of compensatory damages in an amount to be determined at trial, plus prejudgment interest and costs of suit, for breach of the Agreement.

B. An award of damages adequate to compensate Plaintiffs for the patent infringement that has occurred, together with prejudgment interest and costs;

C. All other damages permitted by 35 U.S.C. § 284, including increased damages up to three times the amount of compensatory damages found;

D. A finding that this case is exceptional and an award to Plaintiffs of their reasonable attorneys' fees as provided by 35 U.S.C. § 285; and

E.  Such other and further relief as this Court or a jury may deem proper and just.

Dated: April 10, 2000                                  Respectfully submitted,

_/s/ Kathleen B. Carr_
Mark A. Pogue (BBO No. 550807)
Kathleen B. Carr (BBO No. 564138)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444 (telephone)
(617) 439-4170 (facsimile)

Joseph N. Hosteny
William W. Flachsbart
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602
(312) 236-0733 (telephone)
(312) 236-3137 (facsimile)

Attorneys for Touchstone Technology, Inc.,
Jack Schwartz, and Tai T. Wu

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Touchstone Technology, Inc., Jack Schwartz, and Tai T. Wu

### DEFENDANTS
Fuji Photo Film Co., Ltd., Fuji Photo Film U.S.A., Inc., Eastman Kodak Company, Canon, Inc., and Canon U.S.A., Inc.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Middlesex
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: ___
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Kathleen B. Carr    (617) 439-4444
Edwards & Angell, LLP
101 Federal Street, Boston, MA 02110

ATTORNEYS (IF KNOWN)
00cv10709 MLW

### II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **HABEAS CORPUS:** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |

### VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Patent Infringement    35 U.S.C. §271

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $**

**JURY DEMAND:** ☒ YES ☐ NO
CHECK YES only if demanded in complaint:

### VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE ___    DOCKET NUMBER ___

DATE: April 10, 2000
SIGNATURE OF ATTORNEY OF RECORD: /s/ Kathleen B. Carr

**FOR OFFICE USE ONLY**
RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY)_____

    Touchstone Technology, Inc., et al. v. Fuji Photo Film Co., Ltd., et al.

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

    ___ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    _X_ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.      for patent, trademark or copyright cases

    ___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

    ___ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

    ___ V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E)).
    None

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?                                                     YES ☐   NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC 2403)                     YES ☐   NO ☒
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
                                                                               YES ☐   NO ☐

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284?                                       YES ☐   NO ☒

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY) - (SEE LOCAL RULE 40.1(C)).              YES ☐   NO ☒
   OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? -
   (SEE LOCAL RULE 40.1(D)).                                                    YES ☐   NO ☒

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT?                                             YES ☐   NO ☒
   (a) IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE?_____

9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? Eastern

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE
    CENTRAL SECTION: YES ☐ NO ☐           OR WESTERN SECTION: YES ☐ NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME    Kathleen B. Carr, Edwards & Angell, LLP
ADDRESS           101 Federal Street, Boston, MA 02110
TELEPHONE NO.     (617) 439-4444

(Categfrm.rev - 3/97)

# EDWARDS & ANGELL, LLP

COUNSELLORS AT LAW
*since 1894*

**Kathleen B. Carr**
Direct Dial: (617) 951-3326
E-Mail: kcarr@calaw.com

101 FEDERAL STREET
BOSTON, MA 02110-1800
(617) 439-4444
FAX (617) 439-4170

April 10, 2000

**BY HAND DELIVERY**

Clerk, Civil
United States District Court
District of Massachusetts
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:   Touchstone Technology, Inc., et. al. v. Fuji Photo Film Co., Ltd., et al.

Dear Sir or Madam:

Enclosed for filing in the above referenced matter please find an original and duplicate Complaint and Jury Demand, along with two Civil Action Cover Sheets and a check in the amount of $150 to cover filing costs. Please date stamp the duplicate Complaint and return it to this office with the messenger.

Thank you for your assistance in this matter.

Sincerely,

*Kathleen B. Carr*

Kathleen B. Carr

KBC/jh
Enclosures

BOS_165394.1/KCARR

AO 120 (Rev. 6/90)

| TO: Commissioner of Patents and Trademarks Washington, D.C. 20231 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court District of Massachusetts on the following ☒ Patents or ☐ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 00CV10700MLW | April 10, 2000 | District of Massachusetts |
| PLAINTIFF | | DEFENDANT |
| Touchstone Technology, Inc., Jack Schwartz, and Tai T. Wu | | Fuji Photo Film Co., Ltd., Fuji Photo Film U.S.A., Inc., Eastman Kodak Company, Canon, Inc., and Canon U.S.A., Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 4,658,446 | April 14, 1987 | Touchstone Technology, Inc., |
| 2 | | | Jack Schwartz, and Tai T. Wu |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Commissioner    Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy