FILED
IN CLERK'S OFFICE
JUN 27  4 11 PM '00
US DISTRICT COURT
DISTRICT OF
MASSACHUSETTS

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOUCHSTONE TECHNOLOGY, INC., JACK SCHWARTZ, and TAI T. WU, <br><br> Plaintiffs, <br><br> v. <br><br> FUJI PHOTO FILM CO., LTD., FUJI PHOTO FILM U.S.A., INC, EASTMAN KODAK COMPANY, CANON, INC., and CANON U.S.A., INC., <br><br> Defendants. | § § § § § § § § § § § § § § CIVIL ACTION NO. 00 CV 10700 MLW <br><br><br> JURY TRIAL DEMANDED |

## PLAINTIFFS' RESPONSE TO EASTMAN KODAK COMPANY'S COUNTERCLAIM

Plaintiffs hereby reply to the Counterclaim of Eastman Kodak Company ("Kodak").

### COUNTERCLAIM

**(Declaratory Judgment)**

21. Admitted.

22. Admitted.

23. Admitted.

24. Admitted.

25. Admitted.

26. Admitted.

27. Admitted.

28. Admitted.



C.     Any other relief as the Court may deem just and proper.

Dated: June ___, 2000                                     Respectfully submitted,

*Kathleen B Carr*
_____
Mark A. Pogue, BBO #550807
Kathleen B. Carr, BBO #564138
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA  02110
(617) 439-4444 (telephone)
(617) 439-4170 (facsimile)

Joseph N. Hosteny
William W. Flachsbart
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois  60602
(312) 236-0733 (telephone)
(312) 236-3137 (facsimile)

Attorneys for Touchstone Technology, Inc.,
Jack Schwartz and Tai T. Wu

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail hand on 6-27-00
_____